THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN VANDEMARK, Appellant. [640 NYS2d 121]

The People have the burden of proving that a defendant is competent to stand trial *(see, People v Brown,* 136 AD2d 1, *lv denied* 72 NY2d 857, *cert denied* 488 US 897). To prove that a defendant is fit to stand trial when his or her competency to do so is challenged, a defendant must be examined by two qualified psychiatric examiners *(see,* CPL 730.20 [1]). A qualified psychiatric examiner is a physician who is a diplomate of the American Board of Psychiatry and Neurology or is eligible to be certified by that board *(see,* CPL 730.10 [5]). To be eligible to be certified by that board, a physician must have an unlimited license to practice medicine in a State and must have completed four years of approved postgraduate training, including at least three years of residency in psychiatry or neurology *(see, People v Lopez,* 126 Misc 2d 1072).

Here, the People presented two qualified psychiatric examin-

ers *(see,* CPL 730.20 [1]). The first examiner was certified by the American Board of Psychiatry and Neurology *(see,* CPL 730.10 [5]) and the second examiner was eligible to be board certified *(see,* CPL 730.10 [5]; *People v Lopez, supra).* Therefore, both of the People's examiners were qualified psychiatric examiners as required by the CPL *(see,* CPL 730.10 [5]).

The defendant's remaining contentions, including those raised in his *pro se* supplemental brief, are unpreserved, without merit, or do not require reversal. Bracken, J. P., O'Brien, Santucci and Goldstein, JJ., concur.